In the Matter of the Accounting of CHARLES M. CHAMBERLAIN et al., as Executors of MARGARET J. MAURICE, Deceased.

SUSAN C. HOGE, Appellant; JULIA C. SMITH, Respondent.

*Matter of Chamberlain*, 146 App. Div. 583, affirmed.
(Argued February 12, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 20, 1911, which affirmed a decree of the Queens County Surrogate's Court judicially settling the accounts of the executors of Margaret J. Maurice, deceased.

*Nelson Smith* and *William H. Good* for appellant.

*John M. Harrington* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Dissenting: HAIGHT, J.